IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-173-CFC-EGT |
| | ) | |
| CHRISTIANA CARE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this 15th day of September in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 21, 2026 (D.I. 12), and Plaintiff's Objection (D.I. 14);

It is HEREBY ORDERED that:

1. Plaintiff's Objection (D.I. 14) is **OVERRULED** and the Magistrate Judge's Report and Recommendation (D.I. 12) is **ADOPTED**.
2. The Complaint (D.I. 2) is **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiff is **GRANTED** leave to file an amended pleading on or before **October 13, 2026**.

[signature]

Chief Judge